**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

DOUGLAS L. GUNTRUM,      :   No. 53 WAL 2017
                         :
          Respondent      :
                         :   Petition for Allowance of Appeal from
                         :   the Order of the Superior Court
        v.                  :
                         :
                         :
CITICORP TRUST BANK,      :
                         :
          Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.